# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, IPR PHARMACEUTICALS, INC., ASTRAZENECA AB, and THE BRIGHAM AND WOMEN'S HOSPITAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | <br><br>No. 1:10-CV-00342-RBK-KW |

## DEFENDANT'S BRIEF IN SUPPORT OF ITS RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS THE AMENDED COMPLAINT

Of Counsel:
William A. Rakoczy
Deanne M. Mazzochi
Joseph T. Jaros
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
T: (312) 222-6301
F: (312) 222-6321
wrakoczy@rmmslegal.com

Arnold B. Calmann
Jane Jhun
SAIBER LLC
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-33349
abc@saiber.com

John C. Phillips, Jr. (Bar No. 110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
T: (302) 655-4200
F: (302) 655-4210
jcp@pgslaw.com

Dated: July 23, 2010

*Counsel for Mylan Pharmaceuticals Inc.*

## TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................... iv

INTRODUCTION ...................................................................................................................... 1

NATURE AND STAGE OF THE PROCEEDINGS ................................................................. 4

SUMMARY OF ARGUMENT .................................................................................................. 4

STATEMENT OF FACTS ......................................................................................................... 5

    I.    New Drug Application (NDA) ...................................................................................... 5

          A.    The "Orange Book." ........................................................................................... 5

          B.    CRESTOR® And The Patents-In-Suit ............................................................... 6

    II.   ANDAs And "Paragraph IV Certifications." ................................................................. 7

          A.    Mylan's Rosuvastatin ANDA ............................................................................. 13

                1. ............................................................................................................... 14

                2. ............................................................................................................... 15

                3. ............................................................................................................... 15

    III.  Judge Farnan's '314 Patent Judgment ......................................................................... 16

    IV.  The Amended Complaint In This Case ........................................................................ 16

          A.    The '618 Patent .................................................................................................. 17

          B.    The '152 Patent .................................................................................................. 18

          C.    Allegations Of Indirect Infringement ................................................................ 18

ARGUMENT ............................................................................................................................ 19

    I.    Legal Standards .............................................................................................................. 20

    II.   This Court Lacks Subject Matter Jurisdiction Over Both Patents-In-Suit ...................... 21

          A.    A Paragraph IV Certification Is A Jurisdictional Prerequisite ......................... 21

|   |   |   |
|---|---|---|
| | ███████████████████████████████████ | |
| B. | On Its Face, The Amended Complaint Does Not, And Indeed Cannot, Allege That Mylan Provided A Paragraph IV Certification To Either Of The Patents-In-Suit. | 22 |
| C. | Factually, The Allegations That The FDA "Will Require" Mylan To Include Allegedly Infringing Methods-Of-Use Or Otherwise Provide Paragraph IV Certifications Are Simply Wrong. | 23 |
| D. | ███████████████████████████████████ | 25 |
| III. | The Amended Complaint Fails To State A Claim For Infringement | 26 |
| CONCLUSION | | 28 |

## TABLE OF AUTHORITIES

### Cases

*Abbott Labs. v. Baxter Pharm. Prods., Inc.*,
    471 F.3d 1363 (Fed. Cir. 2006) .................................................................................. 11

*Apotex, Inc. v. FDA*,
    393 F.3d 210 (D.C. Cir. 2004) .................................................................................... 11

*Apotex, Inc. v. Thompson*,
    347 F.3d 1335 (Fed. Cir. 2003) .................................................................................. 10

*Bell Atl. Corp. v. Twombly*,
    550 U.S. 544 (2007) .................................................................................................... 20

*Eisai Co. v. Mutual Pharmaceutical Co.*,
    No. 06-3613, 2007 WL 4556958 (D.N.J. Dec. 20, 2007) .................................. 21, 26

*Eli Lilly & Co. v. Medtronic, Inc.*,
    496 U.S. 661 (1990) ........................................................................................ 12, 21, 26

*Enhanced Sec. Research, LLC v. Cisco Sys., Inc.*,
    No. 09-390, 2010 WL 2573953 (D. Del. Jun. 25, 2010) ........................................ 20

*Glaxo, Inc. v. Novopharm, Ltd.*,
    110 F.3d 1562 (Fed. Cir. 1997) ............................................................................ 12, 26

*Gould Elecs. Inc. v. United States*,
    220 F.3d 169 (3d Cir. 2000) ...................................................................................... 20

*Hill v. Commerce Bancorp*,
    No. 09-3685, 2010 WL 2539696 (D.N.J. Jun. 17, 2010) ........................................ 20

*Hoffmann-La Roche Inc. v. Mylan Inc.*,
    No. 09-1692, 2009 WL 4796736 (D.N.J. Dec. 9, 2009) ......................................... 25

*Janssen Pharmaceutica, N.V. v. Apotex, Inc.*,
    540 F.3d 1353 (Fed. Cir. 2008) ..................................................................... 5, 6, 8, 10

*Joy Techs., Inc. v. Flakt, Inc.*,
    6 F.3d 770 (Fed. Cir. 1993) ....................................................................................... 27

*MEI, Inc. v. JCM Am. Corp.*,
    No. 09-0351, 2010 WL 2346342 (D.N.J. Jun. 9, 2010) .......................................... 20

*Merck & Co. v. Apotex, Inc.*,
    292 Fed. App'x 38 (Fed. Cir. 2008) ........................................................................ 10

*Mortensen v. First Fed. Sav. & Loan Ass'n*,
  549 F.2d 884 (3d Cir. 1977) .......................................................................................... 20

*Novo Nordisk A/S v. Caraco Pharm. Labs., Ltd.*,
  601 F.3d 1359 (Fed. Cir. 2010) .............................................................................. passim

*Novo Nordisk Inc. v. Mylan Pharms. Inc.*,
  No. 09-2445, 2010 WL 1372437 (D.N.J. Mar. 31, 2010) ....................................... passim

*Purepac Pharm. Co. v. Thompson*,
  238 F. Supp. 2d 191 (D.D.C. 2002) ........................................................................ 12, 26

*Purepac Pharm. Co. v. Thompson*,
  354 F.3d 877 (D.C. Cir. 2004) ......................................................................................... 12

*Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*,
  556 F.3d 1294 (Fed. Cir. 2009) ...................................................................................... 25

*Texas v. United States*,
  523 U.S. 296 (1998) ........................................................................................................ 24

*Warner-Lambert Co. v. Apotex Corp.*,
  316 F.3d 1348 (Fed. Cir. 2003) ...................................................................................... 27

*Wyeth & Cordis Corp. v. Abbott Labs.*,
  No. 08-0230, 2008 WL 203680 (D.N.J. May 8, 2008) .................................................... 26

### Federal Statutes

21 U.S.C. § 355(b)(1) ........................................................................................................ 5, 6

21 U.S.C. § 355(j)(2)(A) ......................................................................................................... 9

21 U.S.C. § 355(j)(2)(A)(i) ..................................................................................................... 8

21 U.S.C. § 355(j)(2)(A)(vii) ............................................................................................. 8, 13

21 U.S.C. § 355(j)(2)(A)(viii) ................................................................................................. 9

21 U.S.C. § 355(j)(5)(B)(iv)(II)(dd) ........................................................................................ 3

35 U.S.C. § 271(e)(2) ........................................................................................................... 12

35 U.S.C. § 271(e)(2)(A) ......................................................................................... 12, 21, 26

### Federal Regulations

21 C.F.R. § 314.53 (2009) ...................................................................................................... 6



**Other Authorities**

*Applications for FDA Approval to Market a New Drug,*
  68 Fed. Reg. 36676 (June 18, 2003) .............................................................................. 9, 10, 15